UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Civil Action Number 1:17-cv-20529-JEM**

JUAN CARLOS GIL

    Plaintiff,

v.

SOS FURNITURE COMPANY,
INC. d/b/a www.mattress1.com

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Juan Carlos Gil, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement in principal and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a Confidential Settlement Agreement (and within forty-five (45) days of this Notice), the parties will file a Joint Stipulation For Dismissal with this Court.

Respectfully submitted on this 9th day of August, 2017.

    *s/ Scott R. Dinin*
    Scott R. Dinin
    SCOTT R. DININ P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 431-1333
    Facsimile: (786) 513-7700
    Email: inbox@dininlaw.com
    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2017, the foregoing **NOTICE OF SETTLEMENT** was filed in the U.S. Court's CM/ECF system and as such, an electronic copy was sent to:

Jennifer T. Williams
Cozen O'Connor
200 South Biscayne Blvd, Suite 3000
Miami, FL 33131
E-mail: JTWilliams@cozen.com

*s/ Scott R. Dinin*