UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 17-20529-CIV-MARTINEZ-GOODMAN**

JUAN CARLOS GIL,
    Plaintiff,

vs.

SOS FURNITURE COMPANY, INC. d/b/a www.mattress1.com,P
    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff's Notice of Settlement [D.E. No. 31], indicating that the parties have reached a settlement in this matter. It is hereby:

ORDERED AND ADJUDGED as follows:

1) The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**, a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action **on or before September 25, 2017**.

2) If the parties fail to comply with this order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3) The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4) The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 day of August, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman; All Counsel of Record