**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 17-CV-20529-JEM

JUAN CARLOS GIL,

       Plaintiff,

vs.

SOS FURNITURE COMPANY, INC.

d/b/a www.mattress1.com

       Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE*

Plaintiff, Juan Carlos Gil ("Plaintiff"), and Defendant, SOS Furniture Company, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action *with prejudice*. A resolution of all matters in dispute among all Parties in this action has been made pursuant to a Confidential Settlement Agreement (the "Agreement"). The Parties shall bear their own attorneys' fees, costs, and expenses, except as otherwise specified in the Agreement. All Parties consent to the form and content of this Stipulation and Order.

Dated: September 25, 2017.

Respectfully submitted,

| | |
|---|---|
| */s/ Scott R. Dinin* | */s/ Jennifer T. Williams* |
| Scott R. Dinin (FBN 97780) | Susan N. Eisenberg |
| SCOTT R. DININ, P.A. | Florida Bar No. 600393 |
| 4200 NW Seventh Avenue | seisenberg@cozen.com |
| Miami, Florida 33127 | Jennifer T. Williams |
| Telephone: (786) 431-1333 | Florida Bar No. 0174203 |
| Facsimile: (786) 513-7700 | jtwilliams@cozen.com |
| Email: inbox@dininlaw.com | Cozen O'Connor |
| *Attorney for Plaintiff* | 200 S. Biscayne Blvd. Suite 3000 |
| | Miami, Florida 33131 |
| | Telephone: (305) 704-5944 |
| | Facsimile: (786) 220-0207 |
| | *Attorneys for Defendant* |